IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Boyd, Zachary M | Case Number: 07 B 04545 |
| | Judge: Squires, John H |
| Printed: 2/12/08 | Filed: 3/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 2, 2008
Confirmed: May 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,049.00 | |
| Secured: | | 300.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,638.36 |
| Trustee Fee: | | 110.64 |
| Other Funds: | | 0.00 |
| Totals: | 2,049.00 | 2,049.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Staver & Gainsberg P.C. | Administrative | 2,274.00 | 1,638.36 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 554.10 | 100.00 |
| 5. | Cook County Treasurer | Secured | 1,314.68 | 200.00 |
| 6. | Wilshire Credit Corp | Secured | 22,000.00 | 0.00 |
| 7. | Wilshire Credit Corp | Secured | 9,500.00 | 0.00 |
| 8. | Devonne Gray And Bernico Gray | Unsecured | 4,440.00 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 99.38 | 0.00 |
| 10. | Cook County Treasurer | Unsecured | 1.80 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 40.50 | 0.00 |
| 12. | City Of Chicago | Unsecured | 12.40 | 0.00 |
| 13. | Cottonwood Financial Ltd | Unsecured | 60.25 | 0.00 |
| 14. | Fidelity Investment | Unsecured | | No Claim Filed |
| 15. | Goldman & Grant | Unsecured | | No Claim Filed |
| 16. | Bernice & Devonne Gray | Unsecured | | No Claim Filed |
| 17. | Advocate Bethany Hospital | Unsecured | | No Claim Filed |
| | | | $ 40,297.11 | $ 1,938.36 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 110.64 |
| | $ 110.64 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Boyd, Zachary M | Case Number:  07 B 04545 |
| | Judge:  Squires, John H |
| Printed:  2/12/08 | Filed:  3/15/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                              Marilyn O. Marshall, Trustee, by:

                              _____